THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Billy A. Robinson, Appellant.
 
 
 

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2007-UP-027
Submitted January 2, 2007  Filed January 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Sumter, for Respondent.
 
 
 

PER CURIAM: Billy A. Robinson appeals his conviction for first degree burglary and resulting twenty year sentence.  Robinson alleges the plea judge failed to apprise him of the constitutional rights he waived by pleading guilty.  Pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), after a thorough review of the record and counsels brief, we dismiss[1] Robinsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.